SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUL - 7 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Creation of the ) ORDER OF THE CHIEF JUDGE
Calendar )
) CV 05-8169-AHM (PJWx)
of )
) 06-048
Judge ANDREW J. GUILFORD )
_____)

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Andrew J. Guilford,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge A. Howard Matz to the calendar of Judge Andrew J. Guilford:

| | | | |
|---|---|---|---|
| CV 05 | 1614 | AHM(JWJ) | Michael Morgan v. Mike Knowles |
| CV 05 | 5572 | AHM(AJWx) | Keith Stacey v. Unified Western Grocers, Inc., et al |
| CV 05 | 6058 | AHM(CW) | Gerald Green v. Joseph Woodring |
| CV 05 | 6923 | AHM(JWJx) | Ryan Flanagan v. City of Hermosa Beach |
| CV 05 | 8169 | AHM(PJWx) | Odesk Corp. v. Brandon D. Lee, et al. |
| CV 06 | 562 | AHM(RZx) | Clare Sousa v. ITT Industries, Inc., et al |
| CV 06 | 754 | AHM(FMOx) | Samuel Salomaa v. Honda Long Term Disability Plan, etc. |
| CV 06 | 781 | AHM(PLAx) | Color Match Pool Fittings v. Aquastar Pool Products |
| CV 06 | 1525 | AHM(FFM) | Durias Lamar Taylor v. Jeanne Woodford |
| CV 06 | 1871 | AHM(JTLx) | James Frank v. Union Pacific Railroad Co. |
| CV 06 | 2226 | AHM(SSx) | Donald McGuire v. Burlington No. and Santa Fe Railway Co. |
| CV 06 | 2484 | AHM(AJWx) | Janie Kadlac v. M R S Assocs., Inc., et al |
| ED 06 | 291 | AHM(JWJ) | Sebren A. Pierce v. Gary Penrod, et al |
| SA 06 | 69 | AHM(JWJ) | Michael Woods v. Derral Adams |

DATED: July __6__, 2006                    _____
                                            Chief Judge Alicemarie H. Stotler

ENTERED ON CM 7-11-06